AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

CARYL DANITA CARBY

_____
*Plaintiff*
v.
BARACK HUSSEIN OBAMA

)
)
)
)
)

Civil Action No.   2:26-CV-0119-TOR

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Pursuant to the Court Order at ECF No. 6, Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas O. Rice.

Date:   4/24/2026_____                    *CLERK OF COURT*

                                               s/Sean F. McAvoy
                                        _____
                                               *Signature of Clerk*